IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

GUY CLAYTON BARNES,
ADC #93209                                                                                              PLAINTIFF

v.                                        2:10CV00101JLH/JTK

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                         DEFENDANTS

ORDER

By Order dated July 27, 2010 (Doc. No. 3), this Court granted Plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed Plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (Doc. No. 7). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Burls, Belkens, J.W. Bell, and Pettie. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the original (Doc. No. 2) and amended complaints (Doc. No. 7) and summons on Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 20th day of August, 2010.

_____
United States Magistrate Judge