IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

GUY CLAYTON BARNES,                                                                        PLAINTIFF
ADC #93209

v.                             No. 2:10CV00101 JLH-JTK

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Arkansas Department of Correction is hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE