**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUY CLAYTON BARNES,                                                                                        PLAINTIFF
ADC #93209

v.                              2:10-cv-00101-JLH-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                            DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 74). Defendants filed a Response in opposition to the Motion (Doc. No. 75).

In his Motion, Plaintiff states that Defendants failed to provide him with requested discovery in the form of the names of persons working in the Unit kitchen from April 1, 2010 through April 30, 2010. Plaintiff states these names are essential to a potential witness list.

In Response, Defendants state they responded to the majority of Plaintiff's discovery requests, but objected to providing the kitchen rosters for several reasons: 1) the rosters could not be located; 2) inmates are not permitted to obtain information concerning other inmates; and 3) Plaintiff's request for the month roster is over-broad, as the incident at issue occurred on a single date on April 12, 2010. In addition, Defendants state that Plaintiff indicates in his Motion that he is aware of two potential witnesses who have provided statements to him.

In light of Defendants' response, together with Plaintiff's statement that he has located/identified two potential witnesses, the Court will deny Plaintiff's Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 74) is DENIED.

IT IS SO ORDERED this 22nd day of September, 2011.

                                                    JEROME T. KEARNEY
                                                    UNITED STATES MAGISTRATE JUDGE