**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GUY CLAYTON BARNES,
ADC #93209                                                                                            PLAINTIFF

2:10-cv-00101-JLH-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                 DEFENDANTS

**ORDER**

The November 8, 2011 Pre Jury Hearing scheduled in this matter is CONTINUED. The October 12, 2011 transportation Order is CANCELLED.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 4th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE