**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUY CLAYTON BARNES,
ADC #92309                                                                                                    PLAINTIFF

V.                                       2:10-cv-00101-JLH-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                     DEFENDANTS

## ORDER

Defendants Theaster Petty, John Belken, James Bell, and Danny Burl, through their attorney, have answered and supplied their correct names (Doc. No. 17). The Clerk is directed to change the style of the case to reflect the correct name of these Defendants.

IT IS SO ORDERED this 4th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE