**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| GUY CLAYTON BARNES, ADC #93209 | PLAINTIFF |
| v.     No. 2:10CV00101 JLH-JTK | |
| ARKANSAS DEPARTMENT OF CORRECTION, et al. | DEFENDANTS |

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 78) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE