**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

| | |
|---|---|
| GUY CLAYTON BARNES, ADC #93209 | PLAINTIFF |
| v.  No. 2:10CV00101 JLH-JTK | |
| ARKANSAS DEPARTMENT OF CORRECTION, et al. | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE