**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GUY CLAYTON BARNES,                                                                                           PLAINTIFF
ADC #93209

v.                                              No. 2:10CV00101 JLH-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE